IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BROTHERS HOLDING COMPANY, LLC,

    Plaintiff,

v.

ALLIANCE INTERNATIONAL AVIATION, LLC, *et al.*,

    Defendants,

and,

ALLIANCE INTERNATIONAL AVIATION, LLC,

    Counter-Claimant/Third-Party Plaintiff,

v.

L&B PROPERTIES, LLC, *et al.*,

    Counter-Defendant/Third-Party Defendants.

Civ. No. 21-588 MIS/KK

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

The Court will hold a Telephonic Status Conference on **Wednesday, November 2, 2022, at 10:30 a.m. MDT.** Counsel are to call Judge Khalsa's AT&T Conference Line at (877) 848-7030 and enter the code 7324132 to connect to the proceedings.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE